UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| In the Matter of: }<br>Christopher D. Marshall & }<br>Debra S. Marshall }<br>         Debtors. }<br>}<br>} | Case No. 10-84797-CRJ-7 |

### ORDER DIRECTING PAYMENT OF UNCLAIMED FUNDS

Glenn Marshall (Creditor), filed a Petition for Payment of Funds Held in the Registry of the Court under 11 U.S.C. § 347 and 28 U.S.C. § 2041. A verification of the Petition confirms that funds are on hand to disburse, the Petitioner named therein is the proper person entitled to receive the funds, and no objections having been made to the entering of this Order,

**It is therefore ORDERED, ADJUDGED and DECREED that:**

For good cause shown and on the Verified Petition filed and presented to the Court, the Clerk of this Court is directed to pay Glenn Marshall, 27 Woodland Ave., Summerville, GA 30747, the sum of $6,767.70, in accordance with the averments of the Petition, and that the check be sent by United States mail to the above named Petitioner.

**IT IS SO ORDERED** this the 7th day of October 2015.

_____
Clifton R. Jessup, Jr.
United States Bankruptcy Judge